REBECCA A. HIRES, respondent,

*v.*

GEORGE HIRES, JR., appellant.

[Decided February 28th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *91 N. J. Eq. 366.*

*Mr. Edward C. Waddington,* for the respondent.

*Mr. William A. W. Grier,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—15.

*For reversal*—None.